**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
RALPH W. BAKER, JR.,

                Plaintiff,                22 **CIVIL** 7986 (JPO)

      -against-                          **<u>JUDGMENT</u>**

TA-NEHISI P. COATES, et al.,

                Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2023, the Report and Recommendation dated July 26, 2023, by Judge Sarah L. Cave (ECF No. 145) is hereby ADOPTED and Baker's objections (ECF No. 150) are OVERRULED. Defendants' motions to dismiss (ECF Nos. 89, 91, 96, 114) are hereby GRANTED, and the complaint is dismissed with prejudice. Judgment is entered in favor of Defendants dismissing the complaint with prejudice and the case is closed.

**Dated:** New York, New York

      September 27, 2023

                                                              **RUBY J. KRAJICK**
                                                               Clerk of Court

                           **BY:**
                                                                **Deputy Clerk**